**Order entered May 28, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01677-CV

## NINE SYLLABLES, LLC, Appellant

## V.

## GARY C. EVANS, Appellee

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-10225-A**

## ORDER

We **GRANT** appellant's May 27, 2014 unopposed motion to extend briefing deadline

and **ORDER** the reply brief be filed no later than July 8, 2014.

/s/     ELIZABETH LANG-MIERS
        JUSTICE